STATE OF CONNECTICUT *v.* LUIS COLON

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 635 (AC 13022), is denied.

*Neal Cone,* assistant public defender, in support of the petition.

*Mary Elizabeth Baran,* assistant state's attorney, in opposition.

Decided June 19, 1995

TOWN OF FAIRFIELD ET AL. *v.* CONNECTICUT SITING COUNCIL ET AL.

The petition of the defendants Connecticut Light and Power Company and United Illuminating Company for certification for appeal from the Appellate Court, 37 Conn. App. 653 (AC 13094), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the decision of the Connecticut Siting Council was a final decision in a contested case under the Uniform Administrative Procedure Act?"

The Supreme Court docket number is SC 15287.

*Anthony M. Fitzgerald,* in support of the petition.

*Linda M. Guliuzza,* in opposition.

Decided June 19, 1995